959 A.2d 900

**UNIFUND CCR PARTNERS, Respondent**

v.

**Larry M. FACTOR, Petitioner.**

**No. 67 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 24, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Petition for Review is **DENIED.**